**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | |
| | **CASE No.  See Attachment A** |
| **THE SEARCH AND SEIZURE** | |
| **WARRANTS, APPLICATIONS, PEN** | **MAGISTRATE JUDGE  JOLSON** |
| **REGISTERS, AND NON-DISCLOSURE** | |
| **ORDERS IN THE CASES LISTED IN** | |
| **ATTACHMENT A** | **FILED UNDER SEAL** |

**MOTION TO UNSEAL**

Now comes the United States, by its undersigned counsel, Assistant United States Attorney Michael J. Hunter, and hereby respectfully requests, that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled matter, be unsealed as the public disclosure of these documents will no longer jeopardize the investigation and prosecution of the related cases.

WHEREFORE, the government respectfully requests that the Search and Seizure Warrants, Applications, Pen Registers, and Non-Disclosure Orders and related documents in the cases listed in Attachment A in the above-entitled cause, be unsealed.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney

s/Michael J. Hunter
MICHAEL J. HUNTER (0076815)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715