Mag. Judge Jolson

**ATTACHMENT A TO UNSEAL**

2:20-MJ-678 - PR
2:20-MJ-679 - SW
2:20-MJ-692 - SW
2:21-MJ-708 - PR
2:21-MJ-709 - SW
2:21-MJ-711 - SW
2:21-MJ-846 - PR
2:21-MJ-847 - PR
2:20-MJ-856 - PR
2:21-MJ-134 - SW
2:21-MJ-147 - SW
2:21-MJ-150 - SW
2:21-MJ-295 - SW
2:21-MJ-296 - TW
2:21-MJ-298 - SW
2:21-MJ-302 - SW
2:21-MJ-319 - SW
2:21-MJ-426 - TW